IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICHARD P. DURHAM, an individual and DURHAM CAPITAL, L.L.C., a Utah limited liability co., <br><br> Plaintiffs, <br><br> vs. <br><br> JP MORGAN CHASE, a Delaware company and J.P. MORGAN PARTNERS, a Delaware limited liability co., <br><br> Defendants. | MEMORANDUM DECISION AND ORDER VACATING HEARING AND GRANTING DEFENDANTS' REQUEST TO REFER MOTION FOR CHANGE OF VENUE TO BANKRUPTCY JUDGE <br><br><br> Case No. 2: 06-CV-586 TS |

This matter is before the Court for consideration of Defendant's First Motion to Change Venue and Defendant's Motion under DUCivR 83-7.1 to Refer Motion to Change Venue to Bankruptcy Judge for Report and Recommendation. The Court having considered the Motions, memoranda, the Complaint and being fully advised, it is therefore

ORDERED that Defendant's Motion under DUCivR 83-7.1 to Refer Motion to Change Venue to Bankruptcy Judge for Report and Recommendation (Docket No. 4) is GRANTED. It is further

ORDERED that the hearing set for Thursday, November 9, 2006, at 10:00 a.m. is VACATED. It is further

ORDERED that pursuant to DUCivR 83-7.1(a), Defendants' Motion to Change Venue is referred to the bankruptcy judges in this district for the purpose of hearing the Motion in the first instance and submitting a report and recommendation containing proposed findings of fact and conclusions of law on the following issues: (1) whether this case is "related to" the post-confirmation bankruptcy case of non-party Pliant; and, if so (2) on Defendants' Motion to Transfer Venue.

DATED November 6, 2006.

BY THE COURT:

_____
TED STEWART
United States District Judge